UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA CARVALHO,<br>    PLAINTIFF | )<br>)<br>) |
| V. | ) Civil Action No. 04CV11604PBS<br>) |
| EQUIFAX INFORMATION SERVICES, LLC | ) |

## WAIVER OF SERVICE OF SUMMONS

TO:   Teresa Carvalho, Pro Se
      346 Buffinton Street
      Somerset, MA  02726

Equifax Information Services, LLC ("Equifax") acknowledges receipt of your request that it waive service of a summons in the action of Teresa Carvalho v. Equifax Information Services, LLC, which is case number 04CV11604PBS in the United State District Court for the District of Massachusetts.  Equifax also has received a copy of the complaint in the action, two copies of this instrument, and a means by which Equifax can return the signed waiver to you without cost to Equifax.

Equifax agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that Equifax be served with judicial process in the manner provided by Rule 4.

Equifax will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.  Equifax understands that a judgment may be entered against it if an answer or motion under Rule 12 is not served upon you within 60 days from July 19, 2004, the date the request was sent.

August 12
~~July~~ __, 2004

EQUIFAX INFORMATION SERVICES, LLC.

By _____ (Lewis P. Perling)
      its attorney

BOSTON 1955573v1