UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA CARVALHO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION )<br>SERVICES, LLC, )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO: 04-11604PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiff against Defendant Equifax Information Services LLC ("EIS") are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of plaintiffs under her Complaint against EIS has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against EIS with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against EIS with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 9 day of May, 2005.

_Teresa Carvalho_ (signature)
Teresa Carvalho
346 Buffinton Street
Somerset, MA 02726

EQUIFAX INFORMATION
SERVICES LLC

By: _David B. Wilson_ (signature)
David B. Wilson, Esq.
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA CARVALHO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>Defendant. | CIVIL ACTION NO: 04-11604PBS |

## ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, TERESA CARVALHO against Defendant EQUIFAX INFORMATION SERVICES L.L.C. be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This _____ day of _____, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE