UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERESA CARVALHO, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO: 04-11604PBS |
| | ) |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of plaintiff, TERESA CARVALHO against Defendant EQUIFAX INFORMATION SERVICES L.L.C. be and the same hereby are DISMISSED, WITH PREJUDICE, each party to bear its own costs.

This 24 day of May, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE